Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Joycelyn Samson | Case No.: 16–50021 SLJ 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is given** the debtor(s) having failed to comply with this court's order filed on 01/25/2016 , it is ordered that this case is hereby **dismissed**.

Dated: 2/4/16

By the Court:

Stephen L. Johnson
United States Bankruptcy Judge