# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 0971–5 | User: mtartagli | Date Created: 2/4/2016 | |
| Case: 16–50021 | Form ID: NDC | Total: 10 | |

**Recipients of Notice of Electronic Filing:**

ust    Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
tr    Devin Derham–Burk    ctdocs@ch13sj.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db    Joycelyn Samson    1847 Rock Springs Drive Unit #3    San Jose, CA 95112
smg    State Board of Equalization    Attn: Special Procedures Section, MIC:55    P.O. Box 942879    Sacramento, CA 94279
smg    CA Employment Development Dept.    Bankruptcy Group MIC 92E    P.O. Box 826880    Sacramento, CA 94280–0001
smg    CA Franchise Tax Board    Attn: Special Procedures    P.O. Box 2952    Sacramento, CA 95812–2952
smg    IRS    P.O. Box 7346    Philadelphia, PA 19101–7346
14220594    Chase    P.O. Box 24969    Columbus, OH 43224–0696
14220595    HVD Investment, Inc.    c/o Kirkman J. Hoffman    Attorney At Law    2021 The Alameda #275    San Jose, CA 95126
14244426    Internal Revenue Service    P O Box 7346    Philadelphia, P A 19101–7346

TOTAL: 8