

DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

The following constitutes
the order of the court. Signed March 28, 2016

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 13 |
| | ) | |
| JOYCELYN SAMSON | ) | Case No. 16-50021 SLJ |
| | ) | |
| | ) | |
| Debtor | | |

### FINAL DECREE

The estate of the above named Debtor has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtor and the bond is canceled.

\* \* \* END OF ORDER \* \* \*