# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971−5 | User: awong2 | Date Created: 3/28/2016 |
| Case: 16−50021 | Form ID: pdfeo | Total: 3 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the U.S. Trustee / SJ      USTPRegion17.SJ.ECF@usdoj.gov
tr      Devin Derham−Burk      ctdocs@ch13sj.com

                                                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Joycelyn Samson      1847 Rock Springs Drive Unit #3      San Jose, CA 95112

                                                                                                    TOTAL: 1